STILEY & CIKUTOVICH, PLLC
1408 W. BROADWAY
SPOKANE, WA  99201
(509) 323-9000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No.  CR-05-2100-LRS-1 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AGREED ORDER MODIFYING |
| | ) | RELEASE CONDITIONS TO REMOVE |
| GASPAR GARCIA, | ) | DEFENDANT FROM HOME |
| | ) | MONITORING |
| Defendant. | ) | |

As agreed upon by the parties, IT IS ORDERED that;

    The Defendant's Motion to Modify Release Conditions is hereby GRANTED.

The Defendant shall be removed from home monitoring.

    All other conditions of release entered on September 2, 2005 shall remain in full effect.

Dated:  October 18, 2005          S/ CYNTHIA IMBROGNO
                                  United States Magistrate Judge

AGREED ORDER MODIFYING RELEASE CONDITIONS 1