PROB 12C
(7/93)

Report Date: February 19, 2016

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 23 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gaspar Garcia                Case Number: 0980 2:05CR02100-001

Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 27, 2007

| | |
|---|---|
| Original Offense: | Distribution of a Controlled Substance and Aiding and Abetting, 21 U.S.C. § 841 (a)(1) |
| Original Sentence: | Prison 120 months; TSR - 60 months |

| | |
|---|---|
| Type of Supervision: | Supervised Release |

| | |
|---|---|
| Asst. U.S. Attorney: | Shawn N. Anderson |
| Defense Attorney: | Rick Lee Hoffman |

| | |
|---|---|
| Date Supervision Commenced: | July 22, 2015 |
| Date Supervision Expires: | January 21, 2020 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |

**Supporting Evidence**: Gaspar Garcia is considered in violation of his conditions of supervised release by being in possession of ammunition on February 6, 2016.

According to a police report received from the Pasco Police Department on February 6, 2016, officers responded to a disturbance call on Alvina Street, advising that there was a loud "bang" noise in the area. Upon arrival, officers observed a Hispanic Male, later identified as Gaspar Garcia parked in the driveway at ▓▓▓▓▓▓▓▓▓▓ In Pasco. As the officer neared the parked vehicle, Mr. Garcia jumped out of the driver's side door of the vehicle and went to the front of the vehicle in an attempt to hide from the officer. Upon exiting his vehicle, the officer observed Mr. Garcia walk off at a fast pace and then run into the residence at ▓▓▓▓▓▓▓▓▓▓ As the officer passed the vehicle, he observed bullet casings in the open driver's side door of the vehicle.

Mr. Garcia was later contacted and identified by officers as the male that ran from the vehicle. Upon searching the vehicle, officers recovered two spent .45 caliber casings on the driver's side floor board and another spent .45 caliber casing on the front driver's seat. In

Prob12C
**Re: Garcia, Gaspar**
**February 19, 2016**
**Page 2**

the center console, officers located five live rounds of .45 caliber ammunition. On the street in front of the residence, officers recovered two spent .45 caliber casings.

2  **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Gaspar Garcia is considered in violation of his conditions of supervised release by failing to notify his U.S. Probation Officer of a change in residence on or about February 16, 2016.

On February 16, 2016, this officer attempted to contact Mr. Garcia by his last given phone number. A female who identified herself as Nelida Bello, answered and stated Mr. Garcia no longer resided at the residence and said the phone number was no longer a good contact number for him. Ms. Bello could not provide a valid phone number or a valid address for Mr. Garcia.

This officer attempted to contact Mr. Garcia at his previously listed phone number that belonged to his parents. Attempts to contact anyone at this number proved to be unsuccessful. Furthermore, there was no option to leave a message.

3  **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: Gaspar Garcia is considered in violation of his conditions of supervised release by failing to notify his probation officer of being questioned by a law enforcement officer on February 6, 2016.

Notice was received on February 6, 2016, advising Gaspar Garcia had been contacted by the Pasco Police Department. A police report was received confirming this contact with law enforcement on February 6, 2016. To date, Mr. Garcia has failed to contact his U.S. Probation Officer to advise of this contact.

4  **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Gaspar Garcia failed to report for urine drug testing at First Step Community Counseling on February 12, 2016 and February 17, 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C

**Re: Garcia, Gaspar**
**February 19, 2016**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/19/2016

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Signature of Judicial Officer*

02/23/2016
Date